Name & Address:
Michael Louis Kelly
Kirtland & Packard LLP
2041 Rosecrans Avenue
Suite 300
El Segundo, CA 90245

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JESSE UNRUH, on behalf of himself and all others similarly situated, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **CV13-07305**_ODW(FFMx) |
| CHILDREN'S WISH FOUNDATION INTERNATIONAL, INC., a Georgia Corporation, and DOES 1-10, inclusive, DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Michael Louis Kelly</u>, whose address is <u>2041 Rosecrans Avenue, Ste. 300, El Segundo, CA 90245</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: OCT - 3 2013

By: _____ MARILYN DAVIS
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*