Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Baker - State Bar No. 261303
hmb@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue
Suite 300
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE UNRUH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S WISH FOUNDATION INTERNATIONAL, INC., a Georgia Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 13-cv-07305-ODW (FFMx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**[FRCP 41(a)(1)(A)]** |

02441-00001 161453.01

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 Plaintiff Jesse Unruh dismisses this entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A); the dismissal is with prejudice as to Plaintiff Jesse Unruh and without prejudice as to the putative class.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal can be accomplished without a court order because no answer or motion for summary judgment has been served by Defendant.

DATED: November 14, 2013   KIRTLAND & PACKARD LLP

             By: /s/ Heather M. Baker
                MICHAEL LOUIS KELLY
                BEHRAM V. PAREKH
                HEATHER M. BAKER
                *Counsel for Plaintiff and the Class*